IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ERIC J. ANDREAS, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Case No. 05-1945-KI |
| | ) | |
| vs. | ) | ORDER FOR PAYMENT OF ATTORNEY |
| | ) | FEES PURSUANT TO EAJA |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Alan Stuart Graf
    P. O. Box 98
    Summertown, TN 38483

        Attorney for Plaintiff

    L. Jamala Edwards
    Michael McGaughran
    Social Security Administration
    Office of the General Counsel
    701 Fifth Avenue
    Suite 901 M/S 2900
    Seattle, Washington 98104

Page 1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

Neil J. Evans
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

    Attorneys for Defendant

KING, Judge:

After considering the Stipulated Motion for EAJA Attorney Fees submitted by the parties herein, I grant the motion for EAJA attorney fees in the sum of $5,128.42 to plaintiff.  There are no other costs or expenses to be paid herein.

IT IS SO ORDERED.

Dated this ____1st____ day of January, 2007.


        /s/ Garr M. King
        Garr M. King
        United States District Judge